IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN M. LAUGHLIN-MAGNUSSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> CHARLENE KEISELBACH, ) <br> ) <br> Defendant. ) <br> ) | No. C 13-5861 RMW (PR) <br><br> ORDER OF DISMISSAL |

On December 18, 2013, plaintiff filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. That same day, the clerk sent plaintiff a notice that his motion for in forma pauperis status was deficient. On January 3, 2014, the notice mailed to plaintiff was returned as undeliverable. As of the date of this order, plaintiff has not updated his address with the court or submitted any further pleadings in this case.

Pursuant to Northern District Local Rule 3-11 a party proceeding pro se whose address changes while an action is pending must promptly file a notice of change of address specifying the new address. See Civil L.R. 3-11(a). The court may, without prejudice, dismiss a complaint when: (1) mail directed to the pro se party by the court has been returned to the court as not deliverable, and (2) the court fails to receive within sixty days of this return a written communication from the pro se party indicating a current address. See Civil L.R. 3-11(b). More than sixty days have passed

Order of Dismissal
P:\pro-se\sj.rmw\cr.11\Knight970dis311

1  since the mail sent to plaintiff by the court was returned as undeliverable.  The court has not
2  received any notice from plaintiff updating his  address.  Accordingly, the instant complaint is
3  DISMISSED without prejudice pursuant to Rule 3-11 of the Northern District Local Rules.
4     The clerk of the court shall terminate all pending motions and close the file.
5     IT IS SO ORDERED.
6  Dated:  _____

RONALD M. WHYTE
United States District Judge

Order of Dismissal
P:\pro-se\sj.rmw\cr.11\Knight970dis311          2

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUN LAUGHLIN-MAGNUSSON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CHARLENE KEISELBACH et al,<br><br>　　　　　Defendant. _____/ | Case Number: CV13-05861 RMW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 26, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Shawn M. Laughlin-Magnusson #662385
San Francisco County Jail #4
850 Bryant Street
San Francisco, CA 94103

Dated: March 26, 2014

　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　　　By: Jackie Lynn Garcia, Deputy Clerk