*E-FILED*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN M. LAUGHLIN-MAGNUSSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHARLENE KEISELBACH, ) <br> ) <br> Defendant. ) <br> _____) | No. C 13-5861 RMW (PR) <br><br> JUDGMENT |

The court has dismissed the instant action without prejudice for plaintiff's failure to provide the court with his current address pursuant to Rule 3-11 of the Northern District Local Rules. A judgment of dismissal without prejudice is hereby entered. The clerk of the court shall close the file.

IT IS SO ORDERED.

Dated: _____

*/s/ Ronald M. Whyte*

RONALD M. WHYTE
United States District Judge

Judgment
P:\pro-se\sj.rmw\cr.11\Knight970jud

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUN LAUGHLIN-MAGNUSSON,<br><br>        Plaintiff,<br><br>  v.<br><br>CHARLENE KEISELBACH et al,<br><br>        Defendant. | Case Number: CV13-05861 RMW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 26, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Shawn M. Laughlin-Magnusson #662385
San Francisco County Jail #4
850 Bryant Street
San Francisco, CA 94103

Dated: March 26, 2014

                                                Richard W. Wieking, Clerk
                                                By: Jackie Lynn Garcia, Deputy Clerk